AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

| LODGED | | FILED |
|---|---|---|
| CLERK, U.S. DISTRICT COURT | | |
| 10/27/2020 | | Oct 27, 2020 |
| CENTRAL DISTRICT OF CALIFORNIA | | CENTRAL DISTRICT OF CALIFORNIA |
| BY: eva DEPUTY | | SOUTHERN DIVISION AT SANTA ANA |
| | | BY Nancy Boehme |
| | | Deputy Clerk, U.S. District Court |

# UNITED STATES DISTRICT COURT
## for the
## Central District of California

United States of America

v.

CHRISTIAN ALVARADO ALMAZAN, also known as ("aka") "Christian Manuel Alvarado,"

Defendant(s)

Case No. 8:20-mj-00747-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>July 26, 2020</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1326(a); (b)(1) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG
Deportation Officer, DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 27, 2020

**DOUGLAS F. McCORMICK**
*Judge's signature*

City and state: Santa Ana, California

Hon. DOUGLAS F. McCORMICK
U.S. Magistrate Judge
*Printed name and title*

AUSA: Robert Keenan
(714) 338-3597

A F F I D A V I T

IN SUPPORT OF COMPLAINT AND ARREST WARRANT

FOR VIOLATION OF 8 U.S.C. § 1326

    I, Jared Bromberg, being duly sworn, do hereby depose and say:

    1.   I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

    2.   This affidavit is made in support of a complaint and arrest warrant against CHRISTIAN ALVARADO ALMAZAN, also known as ("aka") "Christian Manuel Alvarado" ("ALVARADO"), charging a violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal). The facts set forth in this affidavit are based

1

upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3. On or about July 26, 2020, ALVARADO was determined to be at the Costa Mesa City Jail in Costa Mesa, California, by Deportation Officer R. Leal ("DO Leal"). DO Leal is authorized to enforce immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act. DO Leal conducted a preliminary records check of the DHS/ICE database which revealed ALVARADO was amenable to administrative enforcement action. An Immigration Detainer (Form I-247A) was issued against ALVARADO. On or about July 26, 2020, ALVARADO was released from the custody of the Costa Mesa Police Department.

4. A preliminary records check of the DHS database was conducted which revealed Alien File Number ("A-File") A200 153 521 is assigned to ALVARADO. An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is

maintained.  Further records checks revealed that ALVARADO was previously deported to Mexico.

5.   On or about September 25, 2020, I obtained a booking photograph of ALVARADO taken by the Costa Mesa Police Department upon his July 2020 arrest.

6.   On or about September 29, 2020, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for ALVARADO, the individual who is the subject of this affidavit and who was released from the custody of the Costa Mesa Police Department.  I compared the data on the CII and FBI to that found in the INS Central Index System ("CIS") under the assigned A-File, which I believe is ALVARADO's alien number.  I also compared the data from the CII, FBI, and CIS records to printouts of the CII, FBI, and CIS records contained in the A-File.  I found that the data from the CII, FBI, and CIS records contained in ALVARADO's A-File contain the same FBI identification number that is found in the CII, FBI, and CIS records that I obtained.  In addition, the CII printout I obtained reflects the convictions that are described below.  Based on this review, I believe that ALVARADO is the same person who incurred the convictions described below and who was ordered deported and/or removed as described in the A-File.

7. On or about September 29, 2020, I reviewed A-File number A200 153 521, which is maintained for subject alien ALVARADO. A review of ALVARADO's A-File revealed the following information and documents:

    a. Photographs of the alien subject to whom A-File A200 153 521 corresponds. I compared these photographs to the booking photograph of ALVARADO obtained from the Costa Mesa Police Department. These photographs appear to depict the same person. Thus, I believe that A-File A200 153 521 and its contents correspond to ALVARADO.

    b. A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Orange County Deputy Sheriff Nicole Oddo encountered ALVARADO at the Orange County Jail in Orange County, California on or about June 24, 2011.

    c. An Order of the Immigration Judge showing that ALVARADO was ordered removed from the United States to Mexico by Lorraine J. Munoz, Immigration Judge, Los Angeles, California, on or about January 26, 2012.

    d. An executed Warrant of Removal/Deportation indicating that ALVARADO was officially removed and deported from the United States to Mexico on or about January 27, 2012, at the Port of Entry San Ysidro, California.

    e. A Notice and Order of Expedited Removal showing that ALVARADO was ordered removed from the United States to

Mexico by Claude Dodson, Chief CBP Officer, on or about November 28, 2012.

      f.   An executed Notice to Alien Ordered Removed/Departure Verification indicating that ALVARADO was officially removed and deported from the United States to Mexico on or about November 28, 2012, at the Port of Entry San Ysidro, California.

      g.   I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed Notice to Alien Ordered Removed/Departure Verification and Warrant of Removal/Deportation in ALVARADO's A-File contain his photograph, signature, and fingerprint.

      h.   A certified record of conviction indicating that on or about November 4, 2010, ALVARADO was convicted of Possession of Hydrocodone, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Orange, Case Number 10CF2319, for which ALVARADO received a deferred entry of judgement. On or about July 12, 2011, ALVARADO was sentenced to 180 days of imprisonment.

    i. A certified record of conviction indicating that on or about July 12, 2011, ALVARADO was convicted of Possession of Methamphetamine, in violation of California Health and Safety Code Section 11377(a), and Possession of Hydrocodone, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Orange, Case Number 11CF1674, for which ALVARADO was sentenced to 180 days of imprisonment.  On or about January 6, 2012, ALVARADO's guilty plea was withdrawn and his 180 day sentence was vacated.  On or about November 26, 2012, ALVARADO pled guilty and was sentenced to 676 days of imprisonment.

    j. A certified record of conviction indicating that on or about September 14, 2012, ALVARADO was convicted of Use Personal Identifying Information of Another, in violation of California Penal Code Section 530.5(a), in the Superior Court of the State of California, County of San Diego, Case Number CS258332, for which ALVARADO was sentenced to 90 days of imprisonment.

  8. I found nothing in ALVARADO's A-File that indicated that he had applied to the United States Attorney General or his designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following his last deportation and removal.  Based upon my knowledge, training, and experience, I believe that if any application had been made, a

record would ordinarily be located in the A-File.

9. On or about September 29, 2020, I reviewed the DHS computer indices on ALVARADO. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that ALVARADO had been removed and deported on or about the dates indicated on the Notice to Alien Ordered Removed/Departure Verification and the Warrant of Removal/Deportation found in ALVARADO's A-File. The DHS computer indices further indicated that ALVARADO had not obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since ALVARADO had last been deported.

10. Based on my review of the contents of the A-File, I believe that ALVARADO is an alien, that he is a citizen of Mexico who illegally re-entered the United States without permission.

11. Based upon the information indicated above, including the Order of the Immigration Judge, the Notice and Order of Expedited Removal, the Warrant of Removal/Deportation, the Notice to Alien Ordered Removed/Departure Verification, copies of conviction documents, a booking photograph taken in the United States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause

to believe that CHRISTIAN ALVARADO ALMAZAN is in violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 27 th day of
October, 2020.

**DOUGLAS F. McCORMICK**
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE